

2003 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-22-2003

# Conneen v. MBNA Amer Bank NA

Precedential or Non-Precedential: Non-Precedential

Docket No. 02-1504

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

Recommended Citation

"Conneen v. MBNA Amer Bank NA" (2003). *2003 Decisions.* Paper 353.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/353

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

Filed July 22, 2003

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 02-1504

———————

MARGARET D. CONNEEN,

Appellant

v.

MBNA AMERICA BANK, N.A.

———————

On Appeal from the United States District Court
for the District of Delaware
(Dist. Ct. No. 00-cv-00944)
District Judge: Hon. Gregory M. Sleet

———————

Before: McKEE, GREENBERG, *Circuit Judges* and
LIFLAND,* *District Judge.*

———————

**ORDER AMENDING OPINION**

———————

IT IS HEREBY ORDERED, that the Slip Opinion filed in this case on June 27, 2003, be amended as follows:

On page 4, third paragraph, third sentence should read:

"Conneen told Behm that her schedule had been adjusted to allow her to start work an hour later, but she did **not** suggest that the adjustment was related to an accommodation for a medical condition."

———————

* Honorable John C. Lifland, Senior Judge of the United States District Court for the District of New Jersey, sitting by designation.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Theodore McKee
Circuit Judge

DATED: July 22, 2003

A True Copy:
　　　Teste:

*Clerk of the United States Court of Appeals
for the Third Circuit*